# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RANDY EZELL MITCHELL, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-08-52 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DENY PETITIONER'S MOTION FOR ENTRY OF A DEFAULT JUDGMENT

On June 2, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion for entry of a default judgment (D.E. 12) be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's motion for entry of a default judgment is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 1st day of August, 2008.

_____
Janis Graham Jack
United States District Judge